# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**R.Q. WARD, K.M. MCDONALD, P.D. LOCHNER**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**VINCENT J. DELUCA IV**
**LANCE CORPORAL (E-3), U.S. MARINE CORPS**

**NMCCA 201400058**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 30 October 2013.
**Military Judge**: Col J.K. Carberry, USMC.
**Convening Authority**: Commanding Officer, 3d Marine Regiment (REIN), 3d Marine Division (-)(REIN), MCBH, Kaneohe Bay, HI.
**Staff Judge Advocate's Recommendation**: Maj K.T. Carlisle, USMC.
**For Appellant**: LCDR Dillon Ambrose, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**26 June 2014**

---------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court